IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00859-JLK

RUTH VENDETTI,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

Charles E. Binder
Harry J. Binder & Charles E. Binder, P.C.
215 Park Avenue South, 6th Floor
New York, NY 10003
(212) 677-6801
fedcourt@binderandbinder.com
Attorney for Plaintiff-Appellant

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-7278
Anthony.navarro@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** April 14, 2009

**B.  Date Complaint Was Served on U.S. Attorney's Office:** April 21, 2009

**C. Date Answer and Administrative Record Were Filed:** June 22, 2009

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff does not believe the Administrative Record is complete.

After considering Plaintiff's contentions, Defendant nonetheless believes the Administrative Record is complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff anticipates submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

There are no other matters.

## 8.  BRIEFING SCHEDULE

**A.  Plaintiffs Opening Brief Due:** August 24, 2009

**B.  Defendant's Response Brief Due:** September 23, 2009

**C.  Plaintiffs Reply Brief (If Any) Due:** October 8, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B.  Defendant's Statement:**

Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of July, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Charles E. Binder
CHARLES E. BINDER
Harry J. Binder & Charles E. Binder,
      P.C.
215 Park Avenue South, 6th Floor
New York, NY 10003
Telephone (212) 677-6801
E-mail: fedcourt@binderandbinder.com
Attorney for Plaintiff-Appellant

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

s/ Anthony Navarro
Anthony Navarro
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-7278
e-mail Anthony.navarro@ssa.gov

Attorneys for Defendant